WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael C. Bauerlein, et al.,<br><br>                              Plaintiff,<br><br>v.<br><br>Equity Residential Properties Management Corporation, et al.,<br><br>                              Defendants. | NO. CIV-04-1904-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation to allow Defendant Lotus & Windoware Inc. ("Lotus") to file its Reply in Support of the Motion for Partial Summary Judgment no later than December 10, 2006. (Dkt. 156.)   Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation to allow Defendant Lotus to file its Reply in Support of the Motion for Partial Summary Judgment no later than December 10, 2006. (Dkt. 156.)

**IT IS FURTHER ORDERED** that Defendant Lotus shall have until December 10, 2006 to file its Reply in Support of the Motion for Partial Summary Judgment.

DATED this 27th day of November, 2006.

_____
Stephen M. McNamee
United States District Judge