WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael C. Bauerlein, et al.,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Equity Residential Properties<br>Management Corporation, et al.,<br><br>　　　　　　　　Defendants. | NO. CIV-04-1904-PHX-SMM<br><br>**ORDER** |

　　　Pending before the Court is Defendant Jumbo Surplus Corporation's Motion for Substitution of Counsel. (Dkt. 179.) Good cause appearing,

　　　**IT IS HEREBY ORDERED GRANTING** Defendant Jumbo Surplus Corporation's Motion for Substitution of Counsel. (Dkt. 179.)

　　　**IT IS FURTHER ORDERED** that the law firm of Smith Amundsen, LLC, through attorneys Eric L. Samore and Molly Arranz, and the law firm of Jones, Skelton & Hochuli, PLC, through attorney James J. Osborne, shall be substituted as Defendant Jumbo Surplus Corporation's counsel of record in this matter in place of attorneys Douglas H. Clark, Jr. and Gary J. Cohen of the law firm Mesch, Clark & Rothschild.

1    Given the parties' agreement to engage in mediation as expeditiously as possible,
2    **IT IS FURTHER ORDERED** that attorneys Douglas H. Clark, Jr. and Gary J. Cohen
3    of the law firm Mesch, Clark & Rothschild shall transfer the entire file of this case to the
4    law firm Smith Amundsen, LLC, attention Eric L. Samore, Esq., no later than Friday,
5    March 2, 2007.

6    DATED this 22nd day of February, 2007.

_____
Stephen M. McNamee
United States District Judge