WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael C. Bauerlein, et al., | NO. CIV-04-1904-PHX-SMM |
| Plaintiff, | |
| v. | **ORDER** |
| Equity Residential Properties Management Corporation, et al., | |
| Defendants. | |

On February 22, 2007, a Second Preliminary Pretrial Conference was held in open Court pursuant to Rule 16(b) of the Federal Rules of Civil Procedure. Prior to the conference, the parties filed a Rule 26(f) Case Management Plan. See Dkt. 177.

At the conference, counsel for all parties unanimously agreed to a brief respite in the case in order to participate in mediation. Accordingly,

**IT IS HEREBY ORDERED** that at least one mediation, involving participation by all parties, must occur on or before May 1, 2007.

///
///
///
///

1   **IT IS FURTHER ORDERED** that, no later than May 11, 2007, one party
2   designated by the remaining parties shall file a status report detailing the outcome of the
3   mediation.
4   DATED this 23rd day of February, 2007.

Stephen M. McNamee
United States District Judge