**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL C. BAUERLEIN, surviving natural father of BROOKE LYNNE BAUERLEIN, deceased minor, individually and on behalf of all wrongful death beneficiaries, including SHANNON BAUERLEIN, surviving mother of BROOKE LYNNE BAUERLEIN, deceased minor; and PATRICIA JOELEE BAUERLEIN, through MICHEAL C. BAUERLEIN, her natural parent and next friend,<br><br>                   Plaintiffs,<br><br>v.<br><br>EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORPORATION, an Illinois Corporation d/b/a LA MARIPOSA; LOTUS & WINDOWARE, INC., a California Corporation; JUMBO SURPLUS CORPORATION, a Taiwanese Corporation; JOHN and JANE DOES I-X; and BLACK and WHITE CORPORATIONS/ PARTNERSHIPS I-X,<br><br>                   Defendants. | No. CV-04-1904-PHX-SMM<br><br>**ORDER** |

Pending before the Court is a Motion to Withdraw as Counsel [Doc. No. 196], filed by Jumbo Surplus Corporation's ("Jumbo") counsel Eric L. Samore, Thomas J. Lyman, III, and Molly A. Arranz. According to the record, Mr. Osborne of Phoenix remains as counsel

1  of record for Jumbo. Having duly considered the motion and good cause appearing therefor,
2  the Court will grant the motion.

3  **IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel [Doc. No. 196]
4  is **GRANTED.**

5  **IT IS FURTHER ORDERED** that Eric L. Samore, Thomas J. Lyman, III, and Molly
6  A. Arranz may withdraw as counsel for Defendant Jumbo Surplus Corporation, pursuant to
7  LRCiv 83.3(b)(2) of the Rules of Practice of the United States District Court for the District
8  of Arizona, and are no longer counsel of record for Plaintiff.

9  **IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this
10 Order to Defendant Jumbo's last known address, as well as to Plaintiffs, Defendants, and
11 Defendant Jumbo's remaining counsel Mr. Osborne of Phoenix.

12 DATED this 4th day of May, 2007.

Stephen M. McNamee
United States District Judge