**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL C. BAUERLEIN, surviving natural father of BROOKE LYNNE BAUERLEIN, deceased minor, individually and on behalf of all wrongful death beneficiaries, including SHANNON BAUERLEIN, surviving mother of BROOKE LYNNE BAUERLEIN, deceased minor; and PATRICIA JOELEE BAUERLEIN, through MICHAEL C. BAUERLEIN, her natural parent and next friend,<br><br>    Plaintiffs,<br><br>v.<br><br>EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORPORATION, an Illinois Corporation d/b/a LA MARIPOSA; LOTUS & WINDOWARE, INC., a California Corporation; JUMBO SURPLUS CORPORATION, a Taiwanese Corporation; JOHN and JANE DOES I-X; and BLACK and WHITE CORPORATIONS/ PARTNERSHIPS I-X,<br><br>    Defendants. | No. CV-04-1904-PHX-SMM<br><br>**ORDER** |

Pending before the Court is a Motion to Withdraw as Counsel (Doc. 201), filed by Jumbo Surplus Corporation's ("Jumbo") only remaining counsel of record, James J. Osborne of the firm Jones, Skelton & Hochuli, P.L.C. Having duly considered the motion and good cause appearing therefor, the Court will **GRANT** the motion.

1  **IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel (Doc. 201) is
2  **GRANTED.**

3  **IT IS FURTHER ORDERED** that James J. Osborne of the firm Jones, Skelton &
4  Hochuli, P.L.C. shall be permitted to withdraw from this matter as counsel for Defendant
5  Jumbo Surplus Corporation, pursuant to LRCiv 83.3(b)(2) of the Rules of Practice of the
6  United States District Court for the District of Arizona.

7  **IT IS FURTHER ORDERED** that under *Licht v. America West Airlines*, 40 F.3d
8  1058 (9th Cir. 1994), corporations must appear in court through an attorney.  Accordingly,
9  Defendant Jumbo shall have **30 days** from the entry of this Order to file a notice of
10 appearance of its new counsel with the Court.  Failure to secure counsel will result in the
11 Court striking Jumbo's Answer and the entry default against Jumbo.

12 **IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this
13 Order to Defendant Jumbo's last known address[1], as well as to Plaintiffs and Co-Defendants.

14 DATED this 8th day of May, 2007.

_____
Stephen M. McNamee
United States District Judge

---

[1] Defendant Jumbo's last known address is:
   Room 8, 25th Fl. No. 51
   Section 2, Gungyi Road
   Nantuen Chiu, Taichung 406
   Taiwain, R.O.C.
   886-4-23275688

- 2 -