**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL C. BAUERLEIN, et al., ) | No. CIV 04-1904-PHX-SMM |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| EQUITY RESIDENTIAL PROPERTIES ) | |
| MANAGEMENT CORP.; et al., ) | |
| ) | |
| Defendants, ) | |
| _____ ) | |

Having received Plaintiffs' Notice of Settlement with Defendant Lotus and Windoware, Inc.,[1] and good cause appearing,

**IT IS HEREBY ORDERED** that the parties have until **Friday, October 5, 2007** to file a stipulation for dismissal of this action signed by all relevant parties.

**IT IS FURTHER ORDERED** that in the event that no such stipulation is filed, the Court has scheduled a status conference for **Monday, October 15, 2007 at 3:30 p.m.** If the stipulation is received by **Friday, October 5, 2007**, the status conference will be automatically vacated.

DATED this 10th day of September, 2007.

Stephen M. McNamee
United States District Judge

---

[1] Plaintiffs' claims against Defendant Equity Residential Properties Management Corporation are still pending.