**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL C. BAUERLEIN, et al., ) | No. CIV 04-1904-PHX-SMM |
| Plaintiffs, ) | **ORDER** |
| v. ) | |
| EQUITY RESIDENTIAL PROPERTIES ) MANAGEMENT CORP.; et al., ) | |
| Defendants, ) | |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc. 270] of Defendant Lotus and Windoware, Inc.[1] After consideration of the parties' Stipulation, and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Dismissal with Prejudice of Defendant Lotus and Windoware, Inc [Doc. 270], and this matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that the status conference scheduled for **Monday, October 15, 2007 at 3:30 p.m.** will be **VACATED.**

DATED this 9th day of October, 2007.

Stephen M. McNamee
United States District Judge

---

[1] Plaintiffs' claims against Defendant Equity Residential Properties Management Corporation are still pending.