1 **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL C. BAUERLEIN, surviving natural father of BROOKE LYNNE BAUERLEIN, deceased minor, individually and on behalf of all wrongful death beneficiaries, including SHANNON BAUERLEIN, surviving mother of BROOKE LYNNE BAUERLEIN, deceased minor; and PATRICIA JOELEE BAUERLEIN, through MICHAEL C. BAUERLEIN, her natural parent and next friend,<br><br>            Plaintiffs,<br><br>  v.<br><br>EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORPORATION, an Illinois Corporation d/b/a LA MARIPOSA;<br><br>            Defendant. | No. CV-04-1904-PHX-SMM<br><br>**ORDER** |

On May 8, 2007, the Court entered an Order permitting the withdrawal of counsel for Defendant Jumbo Surplus Corporation. It is well established that under *Licht v. America West Airlines*, 40 F.3d 1058 (9th Cir. 1994), corporations must appear in court through an attorney. Accordingly, Defendant Jumbo was provided **30 days** from the entry of the Order to file a notice of appearance of its new counsel with the Court. The Court warned that failure to secure counsel would result in the Court striking Jumbo's Answer and the entry default

against Jumbo. (Doc. 202). The time has now expired, and Jumbo has failed to secure counsel or make any further appearance.

Currently, the parties remaining in the lawsuit, Plaintiffs Michael and Shannon Bauerlein and Equity Residential Properties Management Corporation, are in dispute as to whether it is appropriate to enter default against Jumbo, and irrespective of the Court's order, whether Equity has standing to request the Court to enter default against Jumbo.

Accordingly,

**IT IS HEREBY ORDERED** that Equity shall file with the Court a supplemental brief no longer than 5 pages in length addressing (1) whether it has standing to request the entry of default (of Jumbo) and (2) the effect of the Court's May 8th Order. The brief is due no later than **Friday, December 14, 2007.**

**IT IS FURTHER ORDERED** that Plaintiffs shall file a responsive brief, no longer than 5 pages in length, addressing the same, no later than **Friday, January 11, 2008.**

DATED this 20th day of November, 2007.

Stephen M. McNamee
United States District Judge

- 2 -