**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael C. Bauerlein, et al.,            )<br>                                                    )<br>           Plaintiffs,                        )<br>                                                    )<br>      v.                                          )<br>                                                    )<br>Equity Residential Properties Management)<br>Corp.; et al.,                                )<br>                                                    )<br>           Defendants,                    ) | No. CIV 04-1904-PHX-SMM<br><br>**ORDER** |

Having received Plaintiffs' Notice of Settlement (Doc.284), and good cause appearing,

**IT IS HEREBY ORDERED** that the parties have until **Friday May 23, 2008** to file a **stipulation for dismissal** of this action signed by all relevant parties.[1]

**IT IS FURTHER ORDERED** that in the event that no such stipulation is filed, the Court has scheduled a status conference for **June 9, 2008 at 9:30 a.m.** If the stipulation is received by **Friday, May 23, 2008**, the status conference will be automatically vacated.

**IT IS FURTHER ORDERED** that any pending motions[2], hearings, or trials in this case are hereby **vacated**.

DATED this 28th day of April, 2008.

Stephen M. McNamee
United States District Judge

---

[1] Plaintiffs have reached a settlement with defendants Lotus & Windoware Inc., Equity Residential Properties Management Corporation; however, **Plaintiffs' claims against Defendant Jumbo Surplus remain open.**

[2] Plaintiff may re-apply for default judgment and file a motion for default against remaining Defendant Jumbo.