**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL C. BAUERLEIN, surviving natural father of BROOKE LYNNE BAUERLEIN, et. al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>Equity Residential Properties Management Corporation, et. al.<br><br>                    Defendants. | No. CV-04-1904-PHX-SMM<br><br>**ORDER** |

Having considered the request of the parties and their attorneys to appear telephonically at the status conference scheduled for **June 9, 2008 at 9:30 a.m.** before this Court, and for good cause shown,

**IT IS HEREBY ORDERED** that the parties and their attorneys may appear telephonically at the June 9, 2008 status conference. The parties shall call the Court on one clear line at **9:25 a.m.** Mountain Standard Time at **602-322-7555**. As stipulated to by the parties, Plaintiffs' attorney shall initiate the phone call.

DATED this 5th day of June, 2008.

Stephen M. McNamee
United States District Judge