**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL C. BAUERLEIN, et al., ) | No. CIV 04-1904-PHX-SMM |
| ) | |
| Plaintiffs, ) | **ORDER** |
| v. ) | |
| ) | |
| EQUITY RESIDENTIAL PROPERTIES ) | |
| MANAGEMENT CORP.; et al., ) | |
| ) | |
| Defendants, ) | |
| _____ ) | |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc. 294] of Defendant Equity Residential Properties Management. After consideration of the parties' Stipulation, and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Dismissal with Prejudice of Defendant Equity Residential Properties Management [Doc. 294]. This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall not close this case until the matter of damages pertaining to the default judgment against Defendant Jumbo Surplus is resolved.

DATED this 12th day of August, 2008.

Stephen M. McNamee
United States District Judge