**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL C. BAUERLEIN, surviving natural father of BROOKE LYNNE BAUERLEIN, deceased minor, individually and on behalf of all wrongful death beneficiaries, including SHANNON BAUERLEIN, surviving mother of BROOKE LYNNE BAUERLEIN, deceased minor; and PATRICIA JOELEE BAUERLEIN, through MICHAEL C. BAUERLEIN, her natural parent and next friend,<br><br>          Plaintiffs,<br><br>v.<br><br>EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORPORATION, an Illinois Corporation d/b/a LA MARIPOSA; LOTUS & WINDOWARE, INC., a California Corporation; JUMBO SURPLUS CORPORATION, a Taiwanese Corporation; JOHN and JANE DOES I-X; and BLACK and WHITE CORPORATIONS/ PARTNERSHIPS I-X,<br><br>          Defendants. | No. CV-04-1904-PHX-SMM<br><br>**ORDER** |

Pending before the Court is Plaintiffs' Motion to Supplement Affidavits or in the Alternative, Continue the Damages Hearing of October 9, 2008 (Doc. 300).

1  **IT IS HEREBY ORDERED** that the Motion to Continue the Damages Hearing is
2  **GRANTED**. The previous hearing scheduled for **Thursday, October 9, 2008, at 1:30 p.m.**
3  is **VACATED**.
4  **IT IS FURTHER ORDERED** that the hearing has been continued until **Wednesday,**
5  **November 5, at 10:00 a.m.**
6  **IT IS FURTHER ORDERED** that Plaintiffs bring any additional affidavit testimony
7  and evidence to support their damages against co-defendant Jumbo Surplus Corporation to
8  the hearing scheduled for November 5, 2008.
9  DATED this 7th day of October, 2008.

_____
Stephen M. McNamee
United States District Judge